RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7 - 6 - 05
BY DM

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus

EARL K. BUCHANAN

CRIMINAL NO. 01-50027-01
JUDGE TOM STAGG

## MEMORANDUM ORDER

Before the court is a "Letter Of Address Change" filed by <u>pro se</u> defendant Earl Buchanan ("Buchanan"). <u>See</u> Record Document 37.

Pursuant to Buchanan's request, the court will construe his letter as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Buchanan also states an intention to amend his motion at a later date. However, the motion as filed only briefly mentions the grounds upon which it is based. It appears that this is an attempt to toll the statute of limitations so that he might come back later and file his substantive motion. The Fifth Circuit Court of Appeals has held that this statute of limitations may only be equitably tolled under "rare and exceptional circumstances." <u>See</u> <u>United States v. Patterson</u>, 211 F.3d 927, 930 (5th Cir. 2000). Such rare and exceptional circumstances do not exist in this case. While Buchanan contends that he is unable to file his full motion because he is currently in the process of being transferred to a new correctional facility, he has set forth no reason why he could


SCANNED

not have filed his motion at any other time within the past year.

Furthermore, Buchanan's motion asserts that his grievances are based upon Blakely v. Washington, and United States v. Booker. See Blakely v. Washington, --- U.S.---, 124 S. Ct. 2531 (2004); United States v. Booker, --- U.S. ---, 125 S. Ct. 738, 750, 764 (2005). However, the Fifth Circuit Court of Appeals has clearly held that Booker only applies to those cases still on direct review. See Booker, --- U.S. ---, 125 S.Ct. at 745. As Buchanan's case is no longer on direct review, Blakely and Booker are inapplicable.

Accordingly;

**IT IS ORDERED** that Buchanan's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Record Document 37) be and is hereby **DENIED**. **THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of July, 2005.

_____
JUDGE TOM STAGG