

RECEIVED
AUG 16 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus

EARL K. BUCHANAN

CRIMINAL NO. 01-50027-01
JUDGE TOM STAGG

## O R D E R

Before the court is a motion for reconsideration of the court's order dated July 6, 2005, filed by pro se petitioner Earl K. Buchanan ("Buchanan"). See Record Document 40. For the reasons stated below, Buchanan's motion is **GRANTED**.

Buchanan filed a "Letter of Address Change" with this court on June 24, 2005, in which he requested this court to "accept his formal letter in recognition that he is seeking to challenge the legality of his sentence as being unconstitutional as applied." Record Document 37. This letter also stated the basis of his constitutional challenge. The court therefore reclassified Buchanan's letter as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, and simultaneously denied Buchanan's motion. See Record Document 38. However, the court failed to send notice to Buchanan prior to doing so. Buchanan now seeks

reconsideration of the court's order because it did not comply with Castro v. United States by giving Buchanan notice prior to reclassification. See Castro v. United States, 540 U.S. 375, 382, 124 S.Ct. 786, 792 (2003). Therefore, Buchanan asks the court to allow him to withdraw his "Letter of Address Change". In light of Castro,

**IT IS ORDERED** that Buchanan's motion for reconsideration (Record Document 40) be and is hereby **GRANTED** and Buchanan's "Letter of Address Change" is deemed withdrawn.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of August, 2005.

JUDGE TOM STAGG