U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 04 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:01CR50027-01 |
| vs. | JUDGE: TOM STAGG |
| EARL KEN BUCHANAN<br>a/k/a EARL SCROGGINS | MAG. JUDGE: MARK HORNSBY |

\* \* \* \*

## ORDER

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter has been considered for re-calculation of sentence pursuant to 18 U.S.C. §3582(c)(2).

The United States Probation Office reviewed and issued on July 08, 2008, to the Office of the Federal Public Defender and the United States Attorney's Office a re-calculation of the Defendant's range of imprisonment. Both the Office of the Federal Public Defender and the United States Attorney's Office have filed a response.

Having reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment, the responses thereto, and the record in this matter, including the Pre-Sentence Report, the Court finds that the defendant previously received adjustment under a government motion filed pursuant to Rule 35 at which time the Court had determined a total sentence pursuant to 18 U.S.C.§ 3553(a) factors. Accordingly, the Court will not reduce Defendant's sentence further.

THUS DONE and SIGNED on this 4th day of February, 2009, in Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE